UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN EDMISTEN,<br><br>        Plaintiff,<br><br>vs.<br><br>M. POLLARD, *et al.*,<br><br>        Defendants. | Case No. 2:13-cv-0642-GMN-NJK<br><br>**ORDER** |

      Plaintiff, an inmate at the Clark County Detention Center at the time of filing, submitted a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (ECF No. 1-1) and an application to proceed *in forma pauperis*. He has since been released. The Court granted plaintiff pauper status and screened the complaint, which was dismissed with leave to amend. (ECF No. 4.) Plaintiff was given until July 10, 2013, to amend the complaint. *Id.* As of the date of this Order, no amendment has been filed.

      Plaintiff apparently received the Court's Order, as it was not returned as undeliverable. More than the allotted time has passed and plaintiff has not sought additional time to submit the amended complaint. As a result, the matter shall be dismissed.

      **IT IS THEREFORE ORDERED** that the complaint and this action are hereby **DISMISSED with prejudice.** Any appeal of this Order would not be taken in good faith. The Clerk shall enter judgment accordingly.

      Dated this 1st day of August, 2013.

                                                          _____<br>
                                                          Gloria M. Navarro<br>
                                                          United States District Judge